# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 20-cr-30050 |
| | ) | |
| STACEY FURLOW, | ) | *The Honorable* |
| | ) | *Sue E. Myerscough,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

## **PARTIES' AGREED STATEMENT OF THE CASE**

This is a criminal case charged by way of Indictment. The defendant, Stacey Furlow is charged in Count One of the Indictment with using a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity, on or between August 27, 2020, and August 29, 2020, in Sangamon County, Illinois.

The defendant, Stacey Furlow is charged in Count Two of the Indictment with using a facility and means of interstate commerce, the Internet and cellular telephone, with the intent to transmit the name and address of another individual who had not attained the age of sixteen, and the defendant did so with the intent to attempt to

entice, encourage, offer, and solicit that person to engage in sexual activity, on or between August 27, 2020, and August 29, 2020, in Sangamon County, Illinois.

The defendant, Stacey Furlow is charged in Count Three of the Indictment with utilizing means of interstate commerce by knowingly attempting to transfer obscene matter to an individual who the defendant believed to be under the age of sixteen, knowing that such an individual had not attained the age of sixteen, on or between August 27, 2020, and August 29, 2020, in Sangamon County, Illinois.

The defendant has pleaded not guilty.

/s/Tanner K. Jacobs  
Tanner K. Jacobs  
Assistant United States Attorney

/s/Mark Kevin Wykoff, Sr.  
Mark Kevin Wykoff, Sr.  
Counsel for Stacey Furlow

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Tanner K. Jacobs, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Stacey Furlow
c/o Macon County Jail
333 South Franklin Street
Decatur, IL 62523

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com